UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ORUBA SHIPPING S.A.,

           Plaintiff,

    -against-

ASTRA S.A.,

           Defendant.
-----------------------------------------------------------X

08 CV
ECF CASE

FRCP RULE 7.1
DISCLOSURE STATEMENT

NOW comes plaintiff, ORUBA SHIPPING S.A. and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1. ORUBA SHIPPING S.A. is not a publicly traded company.

Dated: New York, New York
       July 24, 2008
       228-37

                                                The Plaintiff,
                                                Oruba Shipping S.A.

                              By: _____
                                                Christopher M. Schierloh (CS-6644)
                                                CASEY & BARNETT, LLC
                                                317 Madison Avenue, 21st Floor
                                                New York, New York 10017
                                                Tel: 212-286-0225
                                                Fax: 212-286-0261
                                                cms@caseybarnett.com